# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM JOE SPOTTED EAGLE,<br><br>Defendant. | CR 25-08-GF-WWM<br><br><br>ORDER DISMISSING<br>INDICTMENT |

Upon review of Plaintiff's Unopposed Motion to Dismiss Indictment (Doc. 95), and for good cause shown,

**IT IS HEREBY ORDERED** that the Indictment in this case is hereby DISMISSED without prejudice.

**IT IS FURTHER ORDERED** that the trial in this matter presently set for May 5, 2026, along with all other deadlines are VACATED.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED the 15th day of April, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE